IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00117-SKC

**UNITED AIRLINES, INC.**,

        Plaintiff,

v.

**SCOTT MOSS**, in his official capacity as Director of the Division of Labor Standards and Statistics at the Colorado Department of Labor and Employment,

        Defendant.

## JOINT STATUS REPORT

    Plaintiff United Airlines, Inc. ("United") and Defendant Scott Moss ("Moss"), by and through their undersigned counsel, hereby file this Joint Status Report.

    1.    On January 13, 2023, Plaintiff filed its Complaint, which alleges that the Colorado Healthy Families and Workplaces Act is preempted by federal law as applied to United and its employees. (ECF No. 1).

    2.    The parties subsequently moved to stay proceedings in this case so they could engage in an initial exchange of information and discuss a potential resolution of this lawsuit. (ECF No. 9). That stay was extended on May 18, 2023, and July 21, 2023. (ECF Nos. 10 & 14). The most recent stay expires on September 18, 2023. (ECF No. 14).

    3.    United has informed the Defendant that, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), it will voluntarily dismiss this lawsuit without prejudice within seven (7) days of this filing. As

1

such, the parties submit that there is no need for a stipulated schedule for Defendant's responsive pleading.

    4.    Counsel for the parties certify that a copy of this Joint Status Report is being served on their clients.

Dated: September 18, 2023

*/s/ Tanya M. Santillan*
Krista Maher, 42140 (CO)
Tanya M. Santillan, 58409 (CO)
Office of the Colorado Attorney General
State Services Section
1300 Broadway, 6th Floor
Denver, CO 80203
720.508.6184
krista.maher@coag.gov
tanya.santilla@coag.gov

*Attorneys for Defendant Scott Moss*

Respectfully submitted,

/s/ *David C. Gartenberg*
David C. Gartenberg
Julian G.G. Wolfson
Littler Mendelson, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Telephone: 303.629.6200
Facsimile: 303.629.0200
Email: dgartenberg@littler.com
       jwolfson@littler.com

Donald J. Munro
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Telephone: +1.202.879.3922
Facsimile: +1.202.626.1700
Email: dmunro@jonesday.com

Aaron S. Markel
JONES DAY
150 West Jefferson Avenue, Suite 2100
Detroit, Michigan 48226
Telephone: +1.313.230.7929
Facsimile: +1.313.230.7997
Email: amarkel@jonesday.com

*Attorneys for United Airlines, Inc.*

## CERTIFICATE OF SERVICE

I certify that on September 18, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered parties.

Dated:   September 18, 2023            /s/ Elisabeth L. Egan
                                                  Elisabeth L. Egan